No. 5943.—Beléndez & García, Inc., aplda., *v.* M. Aldea & Cía., y Agrait, apltes.—C. D. Arecibo. ▮▮▮▮▮▮▮▮ Febrero 26, 1932.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

Alegándose por la parte apelada y demostrándose con la certificación acompañada a su moción, sin que la parte apelante haya hecho objeción alguna, que la cuantía envuelta en este pleito procedente de una corte municipal sólo alcanza a $171.27, *se desestima,* por falta de jurisdicción, el recurso.

No. 5998.—Rodríguez, aplte. *v.* Viera, aplda.—C. D. Humacao. ▮▮▮▮▮▮▮ Abril 8, 1932.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, la parte apelada solicita la desestimación del recurso porque habiéndose dictado y notificado la sentencia el 22 de enero de 1932 se radicó el escrito interponiéndolo el 24 de febrero siguiente o sea después de vencido el término de treinta días que fija la ley; y

Por cuanto, la parte apelante se opuso alegando que la sentencia no le fué notificada hasta el 25 de enero de 1932 habiendo en su consecuencia apelado en tiempo; y

Por cuanto, de la transcripción aparece que se archivó con los autos la notificación de la sentencia el 22 de enero de 1932;

Por tanto, vista la ley y la jurisprudencia aplicables, se declara con lugar la moción y *se desestima,* por falta de jurisdicción, el recurso.